[No. 11678-9-I. Division One. October 31, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. PAUL
MELVEN BALLARD, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 82-1-00086-4, Peter K. Steere, J., entered
April 26, 1982. *Dismissed* by unpublished per curiam opinion.

[No. 11658-4-I. Division One. October 31, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. WILLIAM
DAVE PENMORE, *Appellant.*

Appeal from a judgment of the Superior Court for King
County, No. 81-1-03676-3, Frank D. Howard, J., entered
April 16, 1982. *Affirmed* by unpublished opinion per
Andersen, C.J., concurred in by Callow and Corbett, JJ.

[No. 5929-1-II. Division Two. November 1, 1983.]

ERNESTINE M. BETTS, *Appellant,* v. BEN KANIS,
ET AL, *Respondents.*

Appeal from a judgment of the Superior Court for Clark
County, No. 79-2-01832-9, Robert L. Harris, J., entered
September 24, 1981. *Affirmed as modified* by unpublished
opinion per Reed, J., concurred in by Petrich, C.J., and
Worswick, J.

[No. 4630-3-III. Division Three. November 1, 1983.]

THE STATE OF WASHINGTON, *Respondent,* v. ANTHONY
WILLIAM SOUZA, *Appellant.*

Appeal from a judgment of the Superior Court for Klickitat County, No. 1912, Ted Kolbaba, J., entered May 19,
1981. *Affirmed* by unpublished opinion per Green, J., concurred in by Munson, C.J., and Edgerton, J. Pro Tem.